# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA : No. 108 MM 2014
:
:
:
v. :
:
:
:
JEFFREY SUZENSKI, MITCHELL :
RUBIN, JOSEPH BRIMMEIER, ROBERT :
J. MELLOW, GEORGE HATALOWICH, :
DENNIS MILLER, :
:
:
:
PETITION OF: PENNSYLVANIA :
TURNPIKE COMMISSION :


## ORDER

**PER CURIAM**

**AND NOW,** this 11th day of August, 2014, upon review of the Emergency Application of the Pennsylvania Turnpike Commission to Enforce Supersedeas or, in the Alternative, for Partial Stay of the Trial Court Order Pending Appeal, and all responses thereto, the Emergency Application is GRANTED in part. The Office of the Attorney General (the "OAG") shall, pending resolution of the merits of the Commission's appeal currently pending in the Superior Court, produce to the defendants in the criminal proceedings below only those materials received from the Pennsylvania Turnpike Commission (with appropriate redactions of confidential or protected information) that have been reviewed by the OAG, and that are determined by the OAG to be relevant to the pending prosecutions and properly subject to discovery. The OAG shall not produce other materials received from the Pennsylvania Turnpike Commission to the defendants during the pendency of the appeal.

The applications of the Pennsylvania Turnpike Commission for Leave to File Reply in Further Support of Emergency Application, Leave to File Grand Jury Transcript Under Seal, and Leave to File Unsealed Grand Jury Transcript Excerpt are DENIED as moot.

Mr. Justice McCaffery did not participate in the consideration or decision of this matter.

Mr. Chief Justice Castille files a Concurring Statement which is joined by Mr. Justice Saylor, Mr. Justice Baer, Madame Justice Todd and Mr. Justice Stevens.